FEDERAL RESERVE BANK OF ST. LOUIS, Plaintiff-Appellee,

v.

CITY OF MEMPHIS et al., Defendant-Appellant.

No. 79–1631.

United States Court of Appeals, Sixth Circuit.

May 5, 1981.

Preston Wilson, Memphis, Tenn., for defendant-appellant.

Thomas R. Prewitt, Jr., S. Russell Headrick, Armstrong, Allen, Braden, Goodman, McBride & Prewitt, Memphis, Tenn., for plaintiff-appellee.

Before WEICK, KEITH and JONES, Circuit Judges.

ORDER

Upon consideration of the briefs, record and arguments of counsel, it is ordered that the judgment of the district court be and it is hereby affirmed on the opinion of District Judge Bailey Brown expressed in his order granting summary judgment to the plaintiff.